UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FOR LAUDERDALE DIVISION

Case Number: 21-60324-CIV-MARTINEZ
(Case Number: 14-60080-CR-MARTINEZ)

JESSE LEWIS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Movant's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255. (ECF No. 1). Magistrate Judge Becerra filed a Report and Recommendation ("R&R") concluding that Plaintiff's Motion should be denied. (ECF No. 33). No objections were filed and the time to do so has now expired. The Court having reviewed the record in this case and the R&R for clear error, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation (ECF No. 33) is **AFFIRMED** and **ADOPTED**. The Motion to Vacate (ECF No. 1) is **DENIED**. A certificate of appealability is **DENIED**. This case shall be marked **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of October, 2023.

                                                                     _____
                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Jesse Lewis, *pro se*
All Counsel of record